[Nos. 69135-0-I; 69136-8-I.   Division One.   October 21, 2013.]

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, *Respondent*, v. VIRGINIA A. PARSONS ET AL., *Defendants*, DANIEL PASHNIAK, *Appellant*.

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, *Respondent*, v. MARIA A. MALLARINO ET AL., *Defendants*, DANIEL PASHNIAK, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 11-2-22195-4 and 10-2-17742-6, Laura C. Inveen and Ronald Kessler, JJ., entered June 20 and July 23, 2012. By unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Lau, J., judgment *affirmed* in appeal No. 69135-0-I, and *reversed* in appeal No. 69136-8-I. Now published at 178 Wn. App. 228.

[No. 69294-1-I.   Division One.   October 21, 2013.]

DENIS FURY ET AL., *Appellants*, v. THE CITY OF NORTH BEND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-11184-7, Carol A. Schapira, J., entered August 28, 2012. *Reversed* by unpublished opinion per Verellen, J., concurred in by Grosse and Cox, JJ.

[No. 42344-8-II.   Division Two.   October 22, 2013.]

*In the Matter of the Marriage of* LYNN WINGENDER, *Appellant*, and PATRICK WINGENDER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-3-01150-9, Lisa L. Sutton, J., entered June 6, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.